UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
In re                                                              :
:
45 JOHN LOFTS, LLC,                                                :
:
                Debtor,                                  :
:
-------------------------------------------------------------------:
:
CROWN MANSION LLC,                                                 :     23-CV-2484 (JMF)
:
                Appellant,                               :        ORDER
:
       -v-                                                         :
:
45 JOHN LOFTS, LLC,                                                :
:
                Appellee.                                :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     This bankruptcy appeal has been assigned to the undersigned for all purposes.  The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted.  The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

     SO ORDERED.

Dated: August 9, 2023
       New York, New York

                                                      JESSE M. FURMAN
                                        United States District Judge