# BILL ZOU & ASSOCIATES PLLC
**Attorney at Law**
136-20 38 Avenue, Suite 10D
Flushing, NY 11354
(718) 661-9562
Fax: (718) 661-2211

<u>Via ECF</u>

September 5, 2023

Hon. Jesse M. Furman
U.S.D.J.
U.S. District Court for the Southern District of New York
40 Centre Street, Room 105
New York, NY 10007

*Application GRANTED. Further extensions are unlikely to be granted. The Clerk is directed to terminate ECF No. 8.*

Re:    In Re: 45 John Lofts LLC
Crown Mansion LLC v. 45 John Lofts, LLC
Case No.: 23-CV-2484 (JMF)

*SO ORDERED.*

*September 5, 2023*

Dear Judge Furman:

    I am the attorney for Appellant Crown Mansion LLC in the above-referenced matter. I am writing respectfully to request an enlargement of time for 30 days up to October 9, 2023 to file Appellant's Brief in this matter.

    The parties have been talking about settlement for the last two weeks and are very close to finalize it. In contemplation of such settlement, my office has not devoted too much time to work on the Appellant's Brief in order to save client legal fees. As a result, my office has not been able to finalize the Appellant's Brief, nor will it be possible to complete it in the coming two days due to the complexity of this matter and other engagements to other matters.

    The deadline to file such Brief is currently September 7, 2023.

    This is my first request, the Appellee's counsel has graciously consented to such enlargement of time.

    Please grant the enlargement of time. I thank the Court for its attention and consideration of this matter.

Respectfully submitted,

/s/*William X. Zou*

William X. Zou

cc:    All parties Via ECF